d Johnson Din#06 A 4464
Sing Sing Correctione Facility
354 Hunter ST
Ossining NY 10562



Honorable Richard J. Sullivan
United states District
Southern District OF New York
500 Pearl St
New York, 10007

Re. Jonhson V. City and State OF New York Department OF Corrections Correction Officer Remy #17288 Captain Mathews #130 (07civ 9795) (RJS)

Dear Judge sullivan

I am requst A conference To Discuss The Discovery Dispute In This Case.

David Jonhson

Petitioner's request for a conference is denied, without prejudice to renewal. In the event of renewal, petitioner is directed to specify the exact nature of the "discovery dispute" referenced above.

SO ORDERED.
Date: 4/14/08
RICHARD J. SULLIVAN
U.S.D.J.